# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 8:25-CV-00920-JLB-AAS

Plaintiff: **Stefan Jeremiah,**
vs.
Defendant: **Raww Digital, LLC,**

For:
CRAIG SANDERS
SANDERS LAW GROUP
333 Earle Ovington Boulevard
Suite 402
Uniondale, NY 11553

Received by Michelle Howard on the 28th day of April, 2025 at 11:24 am to be served on **Raww Digital, LLC c/o Northwest Registered Agent LLC, 7901 4th Street North, Suite 300, St. Petersburg, FL 33702**.

I, Michelle Howard, being duly sworn, depose and say that on the **28th day of April, 2025** at **12:00 pm**, I:

served an **LLC, Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBIT 1, CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **David Packard** as **Designated Agent**, at the address of: **7901 4TH STREET NORTH, SUITE 300, SAINT PETERSBURG, FL 33702**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 33, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 185, Hair: Light Brown, Glasses: Y

If a description of the party served is provided, please note all information provided is approximate. F.S. 48.021(1)(Services of Summons and Criminal Subpoenas) I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special/Appointed Process Server or authorized to serve process in the judicial circuit, county, or state where service was effectuated. F.S. 92.525 Under penalties of perjury, I declare that I have read the foregoing affidavit/proof of service and that the facts stated in it are true.(No Notary Required) (Services of subpoenas F.S. 48.021(1) (Rule 1.410 ) I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct. (Out of State/Foreign Process in accordance with F.S. 48.194 by any person authorized to server process in the state where the person or entity is served) Notary Required.

The foregoing instrument was acknowledged before me by means of  X   physical presence or ____ online notarization on 5/2/2025 by: MICHELLE HOWARD who is  X   personally known to me, or produced ____ as identification

NOTARY PUBLIC

_Michelle Howard_
**Michelle Howard**
APS 28364 / CPS 20-705384

**Gotcha Legal Services***
P.O. Box 840324
Pembroke Pines, FL 33084
(954) 274-1337

Our Job Serial Number: CIZ-2025007947



```
DELIVERED  04/28/2025 12:00 PM
SERVER     MH
LICENSE    APS 28364 / CPS
           20-705384
```

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Stefan Jeremiah, <br> *Plaintiff(s)* <br><br> v. <br><br> Raww Digital, LLC, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:25-cv-00920-JLB-AAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Raww Digital, LLC
c/o Northwest Registered Agent LLC
7901 4th Street North, Suite 300
St. Petersburg, FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CRAIG SANDERS**
**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Ericka Kerr

Date: April 15, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00920-JLB-AAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: